IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| THOMAS DUANE STRAWDER, | ) | |
| | ) | |
| Plaintiff, | ) | 8:18CV47 |
| | ) | |
| v. | ) | |
| | ) | |
| APRIL ROLLINS, Nurse NDCS LCC, | ) | **MEMORANDUM** |
| DAN DANAHER, Phys Assist NDCS, | ) | **AND ORDER** |
| and LINCOLN CORR CNTR MEDICAL | ) | |
| CLINIC, | ) | |
| | ) | |
| Defendants. | ) | |

Plaintiff has filed a Motion for Discovery (Filing No. 9) and a Motion for Transfer to NSP for Medical Reasons (Filing No. 10). Plaintiff's motions shall be denied because Plaintiff has not yet paid his initial partial filing fee and because initial review of Plaintiff's Complaint to determine whether summary dismissal is appropriate under 28 U.S.C. §§ 1915(e) has not yet occurred. Accordingly,

IT IS ORDERED:

1. Plaintiff's Motion for Discovery (Filing No. 9) and Motion for Transfer to NSP for Medical Reasons (Filing No. 10) are denied;

2. At Plaintiff's request, the Clerk of Court shall return to Plaintiff, at his last-known address, materials Plaintiff represents to be original documents (Filing No. 10 at CM/ECF pp. 3-16); and

3. Plaintiff shall not file with the court any further supplemental complaints, briefs, or evidence in this case until initial review has been completed and the court has determined that this matter may proceed.

DATED this 1st day of March, 2018.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge